UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE R&G FINANCIAL CORP.
DERIVATIVE LITIGATION

Master Docket No. 1:05-CV-5547

(Consolidated Action)

Judge John E. Sprizzo

### JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND PRETRIAL ORDER NO. 1

WHEREAS, on December 17, 2007, pursuant to the Court's request, counsel for Lead Derivative Plaintiffs and Defendants submitted a revised Joint Stipulation that provided for a February 14, 2008 status conference and a briefing schedule for the filing of Lead Derivative Plaintiffs' consolidated amended complaint and Defendants' response thereto, which was signed by Judge Loretta A. Preska on December 21, 2007 (the "Amended Joint Stipulation").

WHEREAS, on February 11, 2008, the Court rescheduled the February 14, 2008 pre-trial conference for March 11, 2008.

WHEREAS, on February 22, 2008, counsel for Lead Derivative Plaintiffs and the Company submitted a Joint Stipulation informing the Court that the parties have reached an agreement in principle to settle this action and are in the process of preparing appropriate settlement papers for submission to the Court, and requesting an adjournment of the briefing schedule set out in the Amended Joint Stipulation (the "February 22 Joint Stipulation").

WHEREAS, on February 27, 2008, the Court signed the February 22 Joint Stipulation.

WHEREAS, on March 4, 2008, counsel for Lead Derivative Plaintiffs and the Company jointly contacted the Court to request an adjournment of the March 11, 2008 pre-trial conference.

NOW, THEREFORE, subject to the approval of the Court, the parties hereby JOINTLY STIPULATE and AGREE as follows:

1.  The pre-trial conference is now scheduled for April 8, 2008 at 3:00 p.m.

Dated: March 5, 2008

        **WOLF HALDENSTEIN ADLER**
        **FREEMAN & HERZ LLP**

By: *Jeffery Smith /pf*
      Jeffrey G. Smith (#JG-2431)
      smith@whafh.com
      Paulette S. Fox (#PF-2145)
      pfox@whafh.com
      270 Madison Avenue
      New York, New York 10016
      Tel: (212) 545-4600

*Co-Lead Counsel for Plaintiff The Kendall Trust DTD 6/20/02*

David J. Goldsmith (#DG-7388)
dgoldsmith@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700

*Co-Lead Counsel for Plaintiff Asbestos Workers Local 24 Pension Fund*

Marc Topaz
mtopaz@sbtklaw.com
Eric L. Zagar
ezagar@sbtklaw.com
Robin Winchester
rwinchester@sbtklaw.com
**SCHIFFRIN BARROWAY TOPAZ**
**& KESSLER, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706

*Co-Lead Counsel for Plaintiff Wayne Okimi*

2

OF COUNSEL:

**LAW OFFICES OF PETER ANGELOS, PC**
H. Russell Smouse
Glenn E. Mintzer
One Charles Center
100 N. Charles Street
Baltimore, Maryland 21201-3804

**DANZIGER SHAPIRO & LEAVITT, PC**
Douglas M. Leavitt
2101 Pine Street, 3rd Floor
Philadelphia, Pennsylvania 19103

**SULLIVAN & CROMWELL LLP**

By: *Maite Aquino / JP*
Maite Aquino (#MA-0030)
aquinom@sullcrom.com
Richard J. L. Lomuscio (#RL-6994)
lomuscior@sullcrom.com
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000

*Counsel for Nominal Defendant R&G Financial Corp., Enrique Umpierre-Suarez, Victor L. Galan, Jose L. Ortiz and Steven Velez*

Mark J. Stein (#MS-5705)
mstein@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017-3954
Tel: (212) 455-2310

*Counsel for Victor J. Galán*

3

George Canellos (#GC-8092)
GCanellos@milbank.com
**MILBANK TWEED HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005
Tel: (212) 530-5174

*Counsel for Joseph R. Sandoval*

Patrick Smith (#PS-0691)
psmith@tpw.com
**THACHER PROFFITT & WOOD**
Two World Financial Center
New York, NY 10281
Tel: (212) 912-7934

*Counsel for Ramon Prats*

John J. Clarke, Jr. (#JC-3449)
john.clarke@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 335-4500

*Counsel for Laureno Carus Abarca, Ileana M. Colon-Carlo, Benigno R. Fernandez, Melba Figueroa, Roberto Gorbea, Eduardo McCormack, Ivan Mendez, Rafael Nin and Gilberto Rivera-Arreaga*

Diana L. Weiss (#DW-0150)
dweiss@orrick.com
Meredith Moss (#MM-7937)
mmoss@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Phone: (202) 339-8428
Fax: (202) 339-8500

*Counsel for Defendant PricewaterhouseCoopers LLP*

SO ORDERED

/s/ Loretta A. Preska

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

March 7, 2008

for Judge Sprizzo

4